**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7956**

---

TAVON DIXON,

                                        Plaintiff - Appellant,

        versus

THE   BALTIMORE   CITY   POLICE   DEPARTMENT;
UNIDENTIFIED   POLICE   OFFICERS;   U.S.   DRUG
ENFORCEMENT AGENCY,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-03-1984-AW)

---

Submitted:  February 12, 2004        Decided:  February 23, 2004

---

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tavon Dixon, Appellant Pro Se. Howard Benjamin Hoffman, BALTIMORE
POLICE DEPARTMENT, Baltimore, Maryland; John Walter Sippel, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tavon Dixon seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) action. In the briefing order, Dixon was warned that this court would not consider issues not specifically raised in his informal brief. See 4th Cir. R. 34(b). Nonetheless, Dixon failed to raise any challenges to the district court's order in his informal brief and thus has failed to preserve any issues for our review. Accordingly, we are constrained to affirm on the reasoning of the district court. See Dixon v. Baltimore City Police Dep't, No. CA-03-1984-AW (D. Md. Oct. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED